THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS J. WARD, Appellant.

(Argued October 14, 1932; decided October 28, 1932.)

*Benjamin F. Spellman* and *Howard Hilton Spellman* for appellant.

*Thomas C. T. Crain*, District Attorney (*John C. McDermott* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Respondent, to Acquire Real Estate in the Town of Yorktown, Westchester County, for Protection of Water Supply.

SARAH PERCY et al., Appellants.

(Submitted October 24, 1932; decided October 28, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 556.)